# In the United States Court of Appeals for the Fifth Circuit

La Union del Pueblo Entero; Friendship-West Baptist Church; Anti-Defamation League Austin, Southwest, and Texoma; Southwest Voter Registration Education Project; Texas Impact; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velazquez Institute; James Lewin; Fiel Houston, Incorporated,

*Plaintiffs-Appellees*,

*v.*

Jane Nelson, In Her Official Capacity as Texas Secretary of State; Warren K. Paxton, In His Official Capacity as Attorney General of Texas; State of Texas,

*Defendants-Appellants*.

consolidated with
No. 22-50777

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

*Plaintiffs-Appellees*,

*v.*

Gregory W. Abbott, In His Official Capacity as the Governor of Texas; Jane Nelson, In Her Official Capacity as Secretary of State of Texas; Warren K. Paxton, In His Official Capacity as Attorney General of Texas,

*Defendants-Appellants*,

_____

DELTA SIGMA THETA SORORITY, INCORPORATED; HOUSTON AREA URBAN LEAGUE, THE ARC OF TEXAS; JEFFREY LAMAR CLEMMONS,

*Plaintiffs-Appellees*,

*v.*

GREGORY WAYNE ABBOTT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF TEXAS, WARREN KENNETH PAXTON, JR., IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF TEXAS,

*Defendants-Appellants*,

_____

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

*Plaintiffs-Appellees*,

*v.*

GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; JANE NELSON, IN HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE; WARREN KENNETH PAXTON, JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS,

*Defendants-Appellants*,

_____

consolidated with
No. 22-50778
_____

LA UNION DEL PUEBLO ENTERO; ET AL,

*Plaintiffs*,

*v.*

GREGORY W. ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; ET AL,

*Defendants*,

OCA-Greater Houston; League of Women Voters of Texas; REVUP-Texas; Workers Defense Action Fund,
*Plaintiffs-Appellees*,

*v.*

Jane Nelson, In Her Official Capacity as Texas Secretary of State; Ken Paxton, Texas Attorney General,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS-APPELLANTS' REPLY BRIEF

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Judd E. Stone II
Solicitor General

William F. Cole
Assistant Solicitor General
William.Cole@oag.texas.gov

Counsel for Defendants-Appellants

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Appellants file this Unopposed Motion for an Extension of Time to File Their Reply Brief, to and including March 31, 2023. In support thereof, Appellants respectfully show the Court as follows:

1. Appellants' reply brief is currently due on March 6, 2023. Appellants seek a 25-day extension of this time, to and including Friday, March 31, 2023, in which to file their consolidated reply brief. This is Appellants' first request for an extension of time for this reply brief, and it is unopposed.

2. The requested 25-day extension of time is necessary due to multiple engagements that have required or will require significant attention since plaintiffs' response briefs were filed, including:

- Assisting in the preparation for oral argument in *Abbott v. City of San Antonio*, No. 21-1079, *Abbott v. Jenkins*, No. 21-1080, and *Abbott v. Harris County*, No. 22-0124, due to be presented in the Texas Supreme Court on February 22, 2023;

- An *amicus* brief on behalf of the State of Texas in support of a petition for a writ of certiorari in *American Petroleum Institute et al. v. Environmental Defense Center et al.*, No. 22-703, due to be filed in the United States Supreme Court on February 27, 2023;

- Obligations as counsel for the State of Texas and the Texas Commission on Environmental Quality in *Texas v. EPA*, No. 23-6009, which was docketed in this Court on February 14, 2023;

- Obligations as counsel for the Texas Attorney General in *Paxton v. Commission for Lawyer Discipline*, No. 05-23-00128-cv, an accelerated appeal docketed in the Texas Court of Appeals for the Fifth Appellate District on February 13, 2023.

3. In addition, Appellants' consolidated reply brief will require responding to arguments spread across three separate briefs that total more than 160 pages. Further time will be necessary to ensure that counsel for Appellants can adequately assess those arguments and provide concise replies in a single consolidated brief that will be most helpful to the Court in considering the issues.

4. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension is granted.

5. For the foregoing reasons, Appellants respectfully request that the Court grant their unopposed motion for a 25-day extension of time to file their reply brief, making that brief due on March 31, 2023.

Date: February 14, 2023

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JUDD E. STONE II
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ William F. Cole
WILLIAM F. COLE
Assistant Solicitor General
William.Cole@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for Defendants-Appellants

## Certificate of Conference

On February 13, 2023, I conferred with Nina Perales, Adriel Cepeda-Derieux, and Jennifer Holmes, counsel for Plaintiffs-Appellees, and they stated that Plaintiffs-Appellees are not opposed to this extension.

/s/ William F. Cole
WILLIAM F. COLE

## Certificate of Service

On February 14, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ William F. Cole
WILLIAM F. COLE

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 403 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ William F. Cole
WILLIAM F. COLE